UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

NANCY A. TULLIE,

Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Defendant

C.A. No. 1:16-cv-662-M-PAS

**STIPULATION OF DISMISSAL**

Now come the parties in the above-cited matter and do hereby stipulate that any and all claims or counterclaims alleged or which could have been alleged in the above cited matter are hereby dismissed with prejudice, no interest, no costs.

Plaintiff, Nancy Tullie
By her attorney,
Law Offices of Louise A. Herman

*/s/ Louise A. Herman*

Louise A. Herman (#6430)
321 South Main Street, Suite 300
Providence, RI 02903
(401) 277-4110
(401) 453-0073 (fax)
lherman@lhermanlaw.com

Dated: February 13, 2018

Defendant,
The Prudential Insurance Company of America
By its attorneys,
Seyfarth Shaw LLP

*/s/ James M. Hlawek*

James M. Hlawek (admitted *pro hac vice*)
jhlawek@seyfarth.com
Michael E. Jusczyk (#7791)
mjusczyk@seyfarth.com
Seaport East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
(617) 946-4800
(617) 946-4801 (fax)

Ian H. Morrison (admitted *pro hac vice*)
imorrison@seyfarth.com
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 800
Chicago, IL 60606-6448
(312) 460-5000
(312) 460-7000 (fax)

Dated: February 13, 2018

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of February 2018, the foregoing was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic filing and paper copies will be sent to those indicated as non-registered participants.